IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SCHUCHMAN/SAMBERG INVESTMENTS, INC.<br>                Plaintiff/Counter Defendant,<br><br>v.<br><br>HOOSIER PENN OIL CO. INC., UNIVAR USA INC.<br>f/k/a VAN WATERS & ROGERS INC., UNION OIL<br>COMPANY OF CALIFORNIA f/k/a THE PURE OIL<br>COMPANY, and BY CORPORATION NORTH<br>AMERICA INC. f/k/a STANDARD OIL COMPANY,<br>                Defendant/Counter-Claimants.<br><br>UNIVAR USA INC.,<br>                Cross Claimant,<br><br>v.<br><br>UNION OIL COMPANY OF CALIFORNIA, BP<br>CORPORATION NORTH AMERICA INC., and<br>HOOSIER PENN OIL CO., INC.<br>                Cross Defendants.<br><br>HOOSIER PENN OIL CO., INC.,<br>                Cross Claimant,<br><br>v.<br><br>UNIVAR USA INC.,<br>                Cross Defendant. | Case No.: 1:13-cv-0107-SEB-TAB |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

      The parties, Schuchman/Samberg Investments, Inc. ("SSI"), Univar USA Inc. ("Univar"), Hoosier Penn Oil Co., Inc. ("Hoosier Penn"), Union Oil Company of California f/k/a The Pure Oil Company ("Union Oil"), and BP Corporation North America Inc. f/k/a Standard Oil Company ("BP"), in compliance with this Court's order of July 10, 2020, hereby submit this Joint Status Report Regarding Settlement:

1

1. The parties have reached a settlement, a portion of which is still in the process of being finalized. The settlement required the negotiation of three written agreements: (a) an agreement between SSI and Univar on the one hand and Hoosier Penn, Union Oil, and BP on the other ("Oil Defendants Agreement"); (b) an agreement between SSI and Univar that included terms for, among other things, responsibility for future investigation and remediation ("SSI/Univar Agreement"); and (c) an Easement Agreement between Univar and the current owner that secures Univar's access to the remediation site at 850 South Keystone Avenue, Indianapolis, Indiana (the "Site"), so that additional environmental remediation activities can continue as required by the Indiana Department of Environmental Management ("Easement Agreement").

2. The Oil Defendants Agreement is complete, signed by all parties, and funded. That portion of the action is ready to be dismissed.

3. The SSI/Univar Agreement is complete but not yet signed. A signed Easement Agreement with the Site owner, who is not a party to the lawsuit, is a condition precedent for the signing of the SSI/Univar Agreement.

4. Regarding the Easement Agreement, Univar is very close to an agreement with the Site Owner. SSI and Univar anticipate that the negotiation of the Easement Agreement will be completed and signed within the next thirty (30) days.

5. Upon the signing of the Easement Agreement, the SSI/Univar Agreement will become final and the parties will file a joint stipulation of dismissal in this matter.

Respectfully submitted,

Dated:

*/s/ David L. Hatchett*
David L. Hatchett
Michael J. Reeder
HATCHETT & HAUCK LLP

*/s/ Sean P. Burke*
Sean P. Burke # 26995-49
Mattingly Burke Cohen & Biederman LLP
155 E. Market Street,

<table>
<tr><td>

111 Monument Circle
Suite 301
Indianapolis, IN 46204
(317) 464-2621
Fax: (317) 464-2629
Email: david.hatchett@h2lawyers.com

Attorney for Plaintiff

</td><td>

Indianapolis, IN 46204
317-614-7320
Sean.Burke@mbcblaw.com

Attorney for Univar

</td></tr>
<tr><td>

*/s/Frank J. Deveau*
Frank J. Deveau
Melissa A. Macchia
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204


Attorney for Union Oil

</td><td>

*/s/ Dale W. Eikenberry*
Dale W. Eikenberry
Allison W. Gritton
WOODEN & MCLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, Indiana 46204

Attorney for BP

</td></tr>
</table>

*/s/ Brianna J. Schroeder*
Brianna J. Schroeder
Todd J. Janzen
Janzen Agricultural Law LLC
8425 Keystone Crossing, Suite 111
Indianapolis, Indiana 46240

Attorney for Hoosier Penn

3