**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| SCHUCHMAN/SAMBERG INVESTMENTS, INC. | ) |
|     Plaintiff/Counter Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| HOOSIER PENN OIL CO. INC., UNIVAR USA INC. | ) |
| f/k/a VAN WATERS & ROGERS INC., UNION OIL | ) |
| COMPANY OF CALIFORNIA f/k/a THE PURE OIL | ) |
| COMPANY, and BY CORPORATION NORTH | ) |
| AMERICA INC. f/k/a STANDARD OIL COMPANY, | ) |
|     Defendant/Counter-Claimants. | ) |
| _____ | ) Case No.: 1:13-cv-0107-SEB-TAB |
| UNIVAR USA INC., | ) |
|     Cross Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| UNION OIL COMPANY OF CALIFORNIA, BP | ) |
| CORPORATION NORTH AMERICA INC., and | ) |
| HOOSIER PENN OIL CO., INC. | ) |
|     Cross Defendants. | ) |
| _____ | ) |
| HOOSIER PENN OIL CO., INC., | ) |
|     Cross Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| UNIVAR USA INC., | ) |
|     Cross Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY JOINTLY STIPULATED AND AGREED by all parties to the above-titled action, Schuchman/Samberg Investments, Inc. ("SSI"), Univar USA Inc. ("Univar"), Hoosier Penn Oil Co., Inc. ("Hoosier Penn"), Union Oil Company of California f/k/a The Pure Oil Company ("Union Oil"), and BP Corporation North America Inc. f/k/a Standard Oil Company ("BP") (collectively, "Parties") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

1

Procedure, all remaining claims in the above-titled action, including but not limited to all Complaints, Amended Complaints, Counterclaims and Cross-Claims, shall be and are hereby dismissed, with prejudice, with each side to bear its own fees and costs.[1]

Respectfully submitted,

Dated: September 4, 2020

| | |
|---|---|
| */s/* Michael J. Reeder | */s/* Sean P. Burke |
| David L. Hatchett | Sean P. Burke # 26995-49 |
| Michael J. Reeder | Mattingly Burke Cohen & Biederman LLP |
| HATCHETT & HAUCK LLP | 155 E. Market Street, |
| 150 West Market St., Suite 200 | Indianapolis, IN 46204 |
| Indianapolis, Indiana 46204 | 317-614-7320 |
| (317) 464-2621 | Sean.Burke@mbcblaw.com |
| Fax: (317) 464-2629 | |
| Email: david.hatchett@h2lawyers.com | Attorney for Univar |
| Attorneys for Plaintiff | |
| */s/* Frank J. Deveau | */s/* Dale W. Eikenberry |
| Frank J. Deveau | Dale W. Eikenberry |
| TAFT STETTINIUS & HOLLISTER LLP | Allison W. Gritton |
| One Indiana Square, Suite 3500 | WOODEN & MCLAUGHLIN LLP |
| Indianapolis, Indiana 46204 | One Indiana Square, Suite 1800 |
| | Indianapolis, Indiana 46204 |
| Attorney for Union Oil | Attorneys for BP |

*/s/* Brianna J. Schroeder
Todd J. Janzen
Brianna J. Schroeder
Janzen Agricultural Law LLC
8425 Keystone Crossing, Suite 111
Indianapolis, Indiana 46240

Attorneys for Hoosier Penn

---

[1] On July 23, 2020, the Parties filed a Joint Status Report which stated that the Parties had reached a settlement, a portion of which was still in the process of being finalized, and that a joint stipulation of dismissal would be filed once the settlement was finalized. (*See* Report, p. 2 (docket # 153). That settlement has now been completely finalized and this Joint Stipulation has been filed as a result.